**Order entered November 20, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00964-CV

## IN RE COMMONWEALTH ENTERTAINMENT GROUP LLC FORMERLY D/B/A BUNGALOW NOW D/B/A XOXO SOCIAL, Relator

**Original Proceeding from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-16251**

### ORDER
Before Justices Whitehill, Pedersen, III, and Carlyle

Based on the Court's opinion of this date, we **GRANT** relator's November 10, 2020 motion and **DISMISS** this original proceeding. Having dismissed the original proceeding, we also **DENY** relator's emergency motion for temporary relief as moot.

/s/    CORY L. CARLYLE
       JUSTICE